IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**<br>       **Plaintiff,**<br><br>       v.<br><br>**DOMINIC J. DABBENE, JOHN A. GAMBONE, AND CAROLINE MOORE,**<br>       **Defendants.** | CIVIL ACTION<br><br><br><br><br>NO.  20-1938 |

# O R D E R

**AND NOW**, this 5th day of January, 2021, upon consideration of (a) Prospective Intervenor Angela Cieri's Motion to Intervene (ECF No. 11) and Plaintiff's Response in Opposition (ECF No. 12) thereto; and, (2) Plaintiff's Motion for Summary Judgment (ECF No. 14), Defendants' Response in Opposition (ECF No. 17), and Plaintiff's Reply thereto (ECF No. 18) **IT IS HEREBY ORDERED** that:

1. Prospective Intervenor's Motion to Intervene is **DENIED**;

2. Plaintiff's Motion for Summary Judgment is **GRANTED**;

3. The Clerk of Court is **HEREBY ORDERED** to terminate this case and mark it **CLOSED**.

              **BY THE COURT:**

              **/s/Wendy Beetlestone, J.**

              _____
              **WENDY BEETLESTONE, J.**